UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EARL L. HALL,
2. RENITA L. BLUNT,
3. ERIC G. ADAMS,
4. CONSLYN L. HALL,
5. **JERMAINE L. HALL**,
6. TERRANCE R. WRAY,
7. DEMETRIUS L. HARPER, and
8. COREY D. LADSON,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on August 30, 2010. A Change of Plea hearing is set for **Monday, November 1, 2010 at 9:00 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: August 30, 2010