UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EARL L. HALL,
2. RENITA L. BLUNT,
3. ERIC G. ADAMS,
4. **JERMAINE L. HALL,**
5. CONSLYN L. HALL,
6. TERRANCE R. WRAY,
7. DEMETRIUS L. HARPER, and
8. COREY D. LADSON,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On January 31, 2011, the parties contacted the Court in order to reset the sentencing hearing that was vacated on January 28, 2011 upon request of the parties. Accordingly, the sentencing hearing in the above-captioned case is **RESET for Wednesday, February 23, 2011 at 2:00 p.m.**

    Dated:  January 31, 2011