**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | March 25, 2011 | Probation: | Grant Hanson |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **09-cr-00528-WYD**          Counsel:

UNITED STATES OF AMERICA,                Matthew T. Kirsch

        Plaintiff,

v.

**4.  JERMAINE L. HALL**,                    Phillip A. Cherner

        Defendant.

**SENTENCING**

**3:07 p.m.**   Court in Session - Defendant present (on-bond)

        **Change of Plea Hearing - Monday, November 1, 2010, at 9:00 a.m.
        Plea of Guilty - count I of Indictment**

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

3:07 p.m.   Statement on behalf of Government (Mr. Kirsch).

3:16 p.m.   Statement on behalf of Defendant (Mr. Cherner).

3:22 p.m.   Statement on behalf of Government (Mr. Kirsch).

3:25 p.m.   Statement by Defendant on his own behalf (Mr. Hall).

        Court makes findings.

**ORDERED:**   Defendant Jermaine L. Hall's Motion for Non-Guideline Sentence [doc. #336], filed January 14, 2011, is **GRANTED.**

**ORDERED:**   Defendant is placed on **probation** for a term of **5** years.

**ORDERED:**   **Conditions** of **Probation** are:

- (X)   Defendant shall not commit another federal, state or local crime.

- (X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

- (X)   Defendant shall comply with standard conditions adopted by the Court.

- (X)   Defendant shall not unlawfully possess a controlled substance.

- (X)   The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5), because the presentence report indicates a low risk of future substance abuse by the defendant.

- (X)   If this sentence imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet set forth in the judgment.

- (X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**   **Special Condition(s)** of **Probation** are:

- (X)   The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless defendant is in compliance with the installment payment schedule.

- (X)   As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant to make **restitution** as follows:

| Name/Address of Victim | Amount |
|---|---|
| United States Department of Defense<br>DFAS-IN-Department 3300<br>Attn: Case Management<br>8899 E. 56th Street<br>Indianapolis, Indiana 46249-3300 | $27,710 |

Restitution is ordered jointly and severally with the following defendants:

| Name | Case Number | Amount |
|---|---|---|
| Earl L. Hall | 09-cr-00528-WYD-01 | $1,820.00 |
| Eric G. Adams | 09-cr-00528-WYD-03 | $7,280.00 |

***The Court finds that the defendant does not have the ability to pay interest and waives the interest requirement for the restitution.*** Having assessed the defendant's ability to pay, restitution shall be paid in monthly installment payments calculated as at least 10 percent of the defendant's gross monthly wages.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Government's Motion to Dismiss Counts 40 Through 45 [doc. #340], filed January 25, 2011, is **GRANTED.**

Order Dismissing with Prejudice Counts 40 Through 45 of Indictment (as to Defendant Jermaine L. Hall only) is **APPROVED BY THE COURT.**

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**: **BOND CONTINUED.**

**3:39 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :32**