**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  09-cr-00528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  JERMAINE  L. HALL,

       Defendant.

---

**ORDER DISMISSING WITH PREJUDICE
COUNTS 40 THROUGH 45 OF INDICTMENT**

---

THIS MATTER comes before the Court upon the Government's Motion to Dismiss with Prejudice Counts 40 through 45 of the Indictment [Doc. #340], filed January 25, 2011.  The Court having reviewed the file and considered this motion, it is hereby

ORDERED that Government's Motion to Dismiss with Prejudice Counts 40 through 45 of the Indictment [Doc. #340], filed January 25, 2011, is **GRANTED.**  It is further

ORDERED that Counts 40 through 45 of the Indictment are dismissed with prejudice.

Dated this 25th day of March, 2011.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE